IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

September Term 2011

Case Nos. 12-7054

Hope 7 Monroe Street
Limited Partnership,
--------------------------
Hope 7 Monroe Street Limited Partnership

    Appellant

    v.

Riaso, LLC

    Appellee
_____

## CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for Appellant certifies as follows:

    A.    Parties, Intervenor, and Amici Curiae.

    B.    Rulings Under Review.

        The ruling under review is the May 3, 2012 order the United States District court for the District of Columbia, (Judge James E. Boasberg) in civil action No. 11cv1455 affirming the Bankruptcy Court's denial of Debtor's Rule 60(b) motion.

    C.    Related Cases

        None.

Respectfully submitted,

*Donald M. Temple*
Donald M. Temple, Esq.
DONALD M. TEMPLE, P.C.
1229 15th Street, N.W.
Washington, DC 20005
202-628-1101
202-628-1149 fax
dtemplelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the14th day of September 2012 a copy of the foregoing was served by use of the Court's Electronic Filing System, upon the following

Richard Frank Boddie
Slocum & Boddie, P.C.
5400 Shawnee Road
Suite 300
Alexandria, VA 22312

*Donald M. Temple*
Donald M. Temple